IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                                       CRIMINAL NO. 1:16 CR- 4

BRANDON C. BEDDINGFIELD

## MOTION TO CONTINUE

COMES NOW, Defendant Brandon C. Beddingfield, by and through his undersigned attorney, and files this, his Motion to Continue trial date scheduled for February 4, 2016, and in support would respectfully submit unto the Court the following, to-wit:

1. Defendant Beddingfield is indicted with knowingly and intentionally possessing with intent to distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). The maximum penalties for the offense are not more than 20 years imprisonment, not more than a $1,000,000.00 fine, or both, at least 3 years supervised release, ineligibility for federal benefits for up to 5 years after conviction, and a mandatory special assessment of $100.00.

2. Defendant Beddingfield's matter is set for trial on February 4, 2016 at 11:00 a.m. Attorney Parrish requests a continuance of this matter, as he was unaware of the setting of the hearing by the Court. Mr. Parrish has a preset trial that started February 1, 2016, namely *State of Mississippi v. Derrick Moffite*, Cause No. 499-14 in the Lauderdale County Circuit Court and is expected to last through the week.

3. Defendant Beddingfield respectfully requests a continuance of the trial date. It is believed that the United States Attorney's Office has no objection to this motion.

4. This Motion to Continue is not meant to delay or prejudice the prosecution in this case. Instead, this motion is filed in good faith and in an attempt to ensure that Mr. Beddingfield

has a properly and adequately prepared defense.

5. Mr. Beddingfield has been fully advised of his rights to a speedy trial in this matter under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) and specifically waives those rights for the time period covered by any continuance granted by the Court pursuant to this request. Furthermore, the ends of justice would be served by granting a continuance in this case and the need for such a continuance outweighs the best interest of the public and the Defendant to a speedy trial in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Brandon Beddingfield moves this Court to grant this Motion and continue the trial date scheduled for February 4, 2016.

Respectfully submitted, this the 1st day of February, 2016.

BRANDON C. BEDDINGFIELD, DEFENDANT

BY: *s/ J. Stewart Parrish*
J. Stewart Parrish, MS BAR #10833
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, J. Stewart Parrish, Attorney for Defendant, Brandon C. Beddingfield, do hereby certify that on this date I caused to be electronically filed the foregoing document with the U.S. District Court, and a copy of same was forwarded by the ECF system to all interested parties.

This the 1st day of February, 2016.

*s/ J. Stewart Parrish*
J. Stewart Parrish, MS BAR # 10833
Attorney for Defendant
stewart@jstewartparrish.com